IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGIE MARIE BRIONES, ) | No. C 10-3901 LHK (PR) |
| ) | |
| Plaintiff, ) | ORDER OF DISMISSAL |
| ) | WITHOUT PREJUDICE |
| v. ) | |
| ) | |
| CORRECTIONAL OFFICER ROCHA, ) | |
| ) | |
| Defendant. ) | |

Plaintiff, a state prisoner proceeding *pro se*, filed a federal civil rights complaint pursuant to 42 U.S.C. § 1983. On November 8, 2011, the Court ordered service upon one named Defendant. On July 29, 2011, the Court granted Plaintiff an extension of time for Plaintiff to locate and provide the address of the unserved Defendant so that the United States Marshal could effect service. On August 17, 2011, that order was returned to the Court as undeliverable.

Pursuant to Northern District Local Rule 3-11 a party proceeding *pro se* whose address changes while an action is pending must promptly file a notice of change of address specifying the new address. *See* Civil L.R. 3-11(a). The Court may, without prejudice, dismiss a complaint when: (1) mail directed to the *pro se* party by the Court has been returned to the Court as not deliverable, and (2) the Court fails to receive within sixty days of this return a written communication from the *pro se* party indicating a current address. *See* L.R. 3-11(b).

Order of Dismissal Without Prejudice
P:\pro-se\sj.lhk\cr.10\Briones901dis311

1       More than sixty days have passed since the mail sent to Plaintiff by the Court was

2 returned as undeliverable.  The Court has not received a notice from Plaintiff of a new address,

3 nor has the Court received any communication from Plaint since April 25, 2011.  Accordingly,

4 the instant complaint is DISMISSED without prejudice pursuant to Rule 3-11 of the Northern

5 District Local Rules.  The Clerk of the Court shall enter judgment and close the file.

6       IT IS SO ORDERED.

7 Dated:   10/14/11

                                                            LUCY H. KOH
                                                            United States District Judge