IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGIE MARIE BRIONES,        ) | No. C 10-3901 LHK (PR) |
|                             ) | |
|          Plaintiff,         ) | JUDGMENT |
|                             ) | |
|    v.                       ) | |
|                             ) | |
| CORRECTIONAL OFFICER ROCHA, ) | |
|                             ) | |
|          Defendant.         ) | |
|                             ) | |

The Court has dismissed the instant civil rights complaint without prejudice for Plaintiff's failure to provide the Court with her current address pursuant to Rule 3-11 of the Northern District Local Rules. A judgment of dismissal without prejudice is hereby entered. The Clerk of the Court shall close the file.

IT IS SO ORDERED.

Dated: 10/14/11

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

Judgment
P:\pro-se\sj.lhk\cr.10\Briones901jud